Charles A. Piccuta (56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile: (831) 920-3112
e-mail: chuck@piccutalaw.com


Attorneys for:  Noah John Ruiz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOAH JOHN RUIZ**<br><br>**Plaintiff,**<br><br>V.<br><br>**ALBERT FLORES, DENNIS FRANK, DEBORAH FRENCH, MARK JENKINS , SHANE KENSEY, VINCE VILLEGAS REY MORELOS,  State of California, Department of Corrections and Rehabilitation and DOES 1-25, inclusive;**<br><br>**Defendants.** | **Case No. 1:14-CV-00179-AWI-SMS**<br><br>**Honorable: Judge Anthony W. Ishii**<br><br>**ORDER GRANTING:**<br><br>Plaintiff's Application for Additional Time to Serve Defendants <u>AND</u> Request for Continuance of Initial Scheduling Conference |

The Court, having considered, the combined Declaration and Report of Charles Albert Piccuta, one of the attorney's for Plaintiff, filed herein on April 3, 2014, finds there is good cause for issuance of an order extending Plaintiff's time to file waivers of service or proofs of service of process (if necessary) up to and including July 15, 2014, ***and*** rescheduling the Initial Scheduling Conference to the first available date after July 15, 2014.

**Plaintiff's Application for Additional Time to Serve Defendants <u>AND</u> Request for Continuance of Initial Scheduling Conference.**          **P a g e | - 1 -**
**Case No. 1:14-cv-00179-AWI-SMS**

\* \* \* \* \* \* \*O R D E R\* \* \* \* \* \* \*

Plaintiff, Noah John's Ruiz shall have up to and including July 15, 2014, to file either waivers of service and or proofs of service on Defendants. The Initial Scheduling Conference, currently scheduled for May 7, 2014, is vacated. The Initial Scheduling Conference is re-set for September 3, 2014, at 11:00 am.

IT IS SO ORDERED:

Dated:  4/4/2014              /s/ SANDRA M. SNYDER
                              UNITED STATES MAGISTRATE JUDGE