Kamala D. Harris, State Bar No. 146672
Attorney General of California
Christopher J. Becker, State Bar No. 230529
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants California Department of Corrections and Rehabilitation and Morelos*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NOAH JOHN RUIZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MORELOS, et al.,**<br><br>                              Defendants. | No. 1:14-CV-00179 AWI-SMS<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br>[L.R. 143, 144(a)]<br><br>Action Filed:  February 10, 2014 |

    Under Local Rules 143 and 144, Plaintiff and Defendants California Department of Corrections and Rehabilitation (CDCR) and Morelos stipulate, by and through their respective counsel of record, to an extension, up to and including July 1, 2014, for Defendants CDCR and Morelos to respond to the first amended complaint.  CDCR's response was due on May 21, and Morelos's response is due June 27.  Good cause exists to grant this stipulation because the undersigned defense counsel was assigned to this case just recently and was unaware of the response deadline for CDCR until it had already passed.  Also, defense counsel has no documents concerning the alleged incident to properly respond to the complaint.

1

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). If the request is made after the time has expired, the court may extend the time upon a showing of excusable neglect. *Id*. 6(b)(1)(B). An extension to respond to the complaint may be made by stipulation of the parties. L.R. 144(a).

Defendants request, and Plaintiff agrees, to a forty-one-day extension for CDCR to respond to the first amended complaint. CDCR was served with process on April 30, 2014. (ECF No. 12.) Its response was due on May 21. This case was assigned to the undersigned defense counsel on May 16. At the time the case was assigned to her, defense counsel was unaware that CDCR had been served and that the deadline to respond was May 21. Defense counsel was unable to review the complaint or the Court's docket because she was out of the office on May 19 and 20 for trial preparation in another case, and on May 21, she was working on a summary-judgment motion due in another case.

On May 22, defense counsel learned for the first time that CDCR had been served and that the date to respond had passed. Defense counsel immediately contacted Plaintiff's counsel, Charles A. Piccuta, and explained this oversight. Further, defense counsel has no documents or information concerning the events alleged in the complaint, such that she cannot adequately respond to the complaint. Because CDCR's failure to respond to the complaint was due to the excusable neglect of its counsel, the Court should grant the requested extension.

Good cause exists to grant a four-day extension for Morelos to respond to the complaint. On May 22, defense counsel signed the waiver of service on behalf of Morelos and informed Plaintiff's counsel that personal service on Morelos was not necessary. Based on the executed

///
///
///
///

2

Stipulation and Order for Extension for Defendants CDCR and Morelos to Respond to First Amended Complaint (1:14-cv-00179 AWI-SMS)

waiver, Morelos's response is due June 27.  To avoid filing separate answers on behalf of CDCR and Morelos, the parties agree to a short extension such that Morelos's answer will be due at the same time as CDCR's.

Dated:  May 23, 2014                                    Respectfully submitted,

                                                                                KAMALA D. HARRIS
                                                                                Attorney General of California
                                                                                CHRISTOPHER J. BECKER
                                                                                Supervising Deputy Attorney General

                                                                               */s/ Diana Esquivel*

                                                                                DIANA ESQUIVEL
                                                                                Deputy Attorney General
                                                                                *Attorneys for Defendants CDCR and Morelos*

Dated:  May 23, 2014                                    PICCUTA LAW GROUP, LLP

                                                                               */s/ Charles A. Piccuta*

                                                                                Charles A. Piccuta
                                                                                *Attorneys for Plaintiff*

SA2014313309
31995032.doc

**ORDER**

Based on the parties' stipulation and good cause and excusable neglect appearing, the stipulation of the parties for an extension of time for Defendants CDCR and Morelos to respond to the first amended complaint is granted.

Defendants' response to the complaint is due on or before July 1, 2014.

IT IS SO ORDERED.


Dated:  5/23/2014                              /s/ SANDRA M. SNYDER
                                               UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension for Defendants CDCR and Morelos to Respond to First Amended Complaint (1:14-cv-00179 AWI-SMS)