KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants California Department of
Corrections and Rehabilitation and Reynaldo
Morelos*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NOAH JOHN RUIZ,** | No. 1:14-cv-00179 AWI-SMS |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO SET AND CONTINUE THE HEARING ON, DEFENDANTS' MOTIONS TO DISMISS** |
| **v.** | |
| **REY MORELOS, et al.,** | Action Filed:  February 10, 2014 |
| Defendants. | |

Under Local Rules 143 and 230(f), the parties, through their counsel of record, agree to set and continue the hearing on Defendants' motions to dismiss to August 25, 2014, at 1:30 p.m. in Courtroom 2, before the Honorable Anthony W. Ishii.

A stipulation requesting the continuance of a hearing on the motion calendar must be submitted no later than seven days before the scheduling hearing date. E.D.  L.R. 230(f).

On June 10, 2014, Defendant Jenkins filed his motion to dismiss, with a hearing set for July 21, 2014.  (ECF No. 24.)  On June 24, Defendants Kensey and Villegas filed their dismissal

1

1   motion, which was also set for July 21, but was subsequently re-noticed to August 25.  (ECF Nos.

2   26, 28.)  On June 30, Defendants California Department of Corrections and Rehabilitation

3   (CDCR) and Morelos filed their motion to dismiss, and set it for hearing on August 25.  (ECF No.

4   29.)  On June 30, Defendants Flores and French filed their dismissal motion, which is scheduled

5   to be heard on August 4.  (ECF No. 30.)

6         To avoid multiple hearings based on similar issues and arguments raised or to be raised in

7   Defendants' motions to dismiss, the parties agree to set and continue the hearing on the motions

8   to August 25, 2014.  The parties further agree that the opposition and reply briefs will be due as

9   set forth in Local Rule 230 based on an August 25 hearing.

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25

26

27

28

Stipulation and Order to Set and Continue Hearing on Defendants' Motions to Dismiss  (1:14-cv-0179 AWI-SMS)

1       IT IS SO STIPULATED.

2   Dated:  July 1, 2014                    Respectfully submitted,

3                                           PICCUTA LAW GROUP, LLP

4                                           */s/ Charles A. Piccuta*

5                                           CHARLES A. PICCUTA
                                            *Attorneys for Plaintiff*
6

7   Dated:  July 1, 2014                    KAMALA D. HARRIS
                                            Attorney General of California
8                                           CHRISTOPHER J. BECKER
                                            Supervising Deputy Attorney General
9
                                            */s/ Diana Esquivel*
10
                                            DIANA ESQUIVEL
11                                          Deputy Attorney General
                                            *Attorneys for Defendants CDCR and*
12                                          *Morelos*

13  Dated:  July 1, 2014                    PORTER SCOTT

14                                          */s/ John R. Whitefleet*

15                                          JOHN R. WHITEFLEET
                                            *Attorneys for Defendant Jenkins*
16

17  Dated:  July 1, 2014                    JAMES N. FINCHER
                                            MERCED COUNTY COUNSEL
18
                                            */s/ Roger S. Matzkind*
19
                                            ROGER S. MATZKIND
20                                          Chief Civil Litigator
                                            JAMES E. STONE
21                                          Deputy County Counsel,
                                            *Attorneys for Defendants Flores and French*
22

23  Dated:  July 1, 2014                    KAMALA D. HARRIS
                                            Attorney General of California
24                                          PETER A. MESHOT
                                            Supervising Deputy Attorney General
25
                                            */s/ Oliver R. Lewis*
26
                                            OLIVER R. LEWIS
27                                          Deputy Attorney General
                                            *Attorneys for Defendants Kensey and*
28                                          *Villegas*

3

**ORDER**

Based on the parties' stipulation and good cause appearing, it is ordered that:

1.  The hearing on Defendants' motions to dismiss is continued from July 21, 2014 and August 4, 2014 to August 25, 2014 at 1:30 p.m. in Courtroom 2; and

2.  The opposition and reply briefs shall be filed in accordance with Local Rule 230 based on the August 25, 2014 hearing date.

IT IS SO ORDERED.

Dated:   July 1, 2014

_____
SENIOR  DISTRICT  JUDGE

SA2014313309
32005970.doc

4

Stipulation and Order to Set and Continue Hearing on Defendants' Motions to Dismiss  (1:14-cv-0179 AWI-SMS)