Charles A. Piccuta (56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:    (831) 920-3112
e-mail:         chuck@piccutalaw.com


Attorneys for:  Noah John Ruiz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH JOHN RUIZ<br><br>　　　　　Plaintiff<br>　vs.<br>ALBERT  FLORES, DENNIS FRANK, DEBORAH FRENCH, MARK JENKINS , SHANE KENSEY, VINCE VILLEGAS REY MORELOS,   State of California, Department of Corrections and Rehabilitation and DOES 1-25, inclusive;<br><br>　　　　　Defendants | Case No. 1:14-CV-00179-AWI-SMS<br><br>STIPULATION AND ORDER TO VACATE DATE OF INITIAL SCHEDULING CONFERENCE<br><br>JURY   TRIAL   DEMANDED<br><br>ACTION FILED: February 10, 2014 |

　　　On April 4, 2014, Magistrate Judge Snyder set an Initial Scheduling Conference for September 3, 2014. (DOC-11) Pursuant to Fed. R. Civ. P. 26 (f), no later than next Wednesday, August 13, 2014, the parties (of which there are now five) must meet and confer and thereafter prepare and file a JOINT Scheduling Conference Report. (DOC-7)

　　　After Judge Snyder set the Initial Scheduling Conference for September 3, 2014, four separate motions to dismiss were filed. (DOCs -24, 26, 29 and 30.) On July 1, 2014, Judge Ishii ordered all the motions to dismiss to be heard on Monday August 25, 2014.

　　　The parties desire to defer their Rule 26 (f) responsibilities until after the pending motions

to dismiss are decided. Deferring their Rule 26(f) responsibilities will allow the parties to focus on the pending motions. Plaintiff's oppositions are due no later than Monday, August 11, 2014, and replies are possible. In addition, Judge Ishii's order on the pending motions may change parties and issues.

Therefore, the parties, hereby, stipulate and agree to an order vacating the present date, September 3, 2014, of the Initial Scheduling Conference and their associated meet and confer responsibilities and preparation of the JOINT Scheduling Conference Report until after Judge Ishii has ruled on the pending motions to dismiss. The parties further stipulate and agree that the new date for the Initial Scheduling Conference may be set by the Court in the exercise of its discretion.

**(THE REST OF THIS PAGE IS INTENTIONALLY BLANK)**

IT IS SO STIPULATED.

Dated: August 8, 2014

PICCUTA LAW GROUP, LLP

*/s/ Charles A. Piccuta*

CHARLES A. PICCUTA
*Attorneys for Plaintiff*

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants CDCR and Morelos*

PORTER SCOTT

*/s/ John R. Whitefleet*

JOHN R. WHITEFLEET
*Attorneys for Defendant Jenkins*

JAMES N. FINCHER
MERCED COUNTY COUNSEL

*/s/ Roger S. Matzkind*

ROGER S. MATZKIND
Chief Civil Litigator
JAMES E. STONE
Deputy County Counsel,
*Attorneys for Defendants Flores and French*

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Oliver R. Lewis*

OLIVER R. LEWIS
Deputy Attorney General
*Attorneys for Defendants Kensey and Villegas*

Borton Petrini, LLP

**/s/ Bradley A. Post**

Bradley A. Post
Attorneys for Defendant Dennis Frank

## **ORDER**

Based on the parties' stipulation and good cause appearing, it is ordered that:

1. The date, September 3, 2014, of the Initial Scheduling Conference, is vacated.

2. A new date will be set by the Court in its discretion following Judge Ishii's order on the pending motions to dismiss.

IT IS SO ORDERED:   8/19/2014

　　　　　　　　　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge