# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH JOHN RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT FLORES, et al.,<br><br>　　　　Defendants | CASE NO. 1:14-CV-179 AWI SMS<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION** |

　　Defendants have filed several motions to dismiss that are set for hearing on August 25, 2014.  The Court has reviewed the papers and has determined that these matters are suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 25, 2014, is VACATED, and the parties shall not appear at that time.  As of August 25, 2014, the Court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  August 20, 2014　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE