IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NOAH JOHN RUIZ,**<br><br>Plaintiff,<br><br>v.<br><br>**REY MORELOS, et al.,**<br><br>Defendants. | No. 1:14-cv-00179 AWI-SMS<br><br>**ORDER ENTERING STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

On March 4, 2016, Plaintiff Noah Ruiz (Plaintiff) and Defendants California Department of Corrections and Rehabilitation (CDCR), Flores, Frank, French, Jenkins, Kensey, Morelos, and Villegas (Defendants) filed a notice of settlement. On March 17, 2016, the parties filed a stipulated dismissal of all claims and cross-claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff Noah Ruiz and Defendants California Department of Corrections and Rehabilitation (CDCR),

The parties further stipulated that party is to bear his own costs, attorney's fees, and expenses.  There is no prevailing party in this action.

///

///

1

1 | Based on the parties' stipulation, this entire action, including the cross-claim, is dismissed
2 | with prejudice.
3 | IT IS SO ORDERED.
4 |
5 | Dated:  March 17, 2016                                       _____
                                                                                SENIOR DISTRICT JUDGE